George Matheson, a minor, by his next friend, Hugh J. Matheson, appellee, v. Benjamin M. Klein, et al., appellants. Gen. No. 28,965.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924.

Richard P. Garrett, for appellants; James J. McKenna, of counsel. Charles W. Lamborn and John A. Ulrich, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.